**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 01-7014**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DIMAS ATILIO GIRON,

Defendant - Appellant.

————————————

**No. 01-7088**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DIMAS ATILIO GIRON,

Defendant - Appellant.

————————————

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CR-99-32-A)

————————————

Submitted:  March 29, 2002          Decided:  April 12, 2002

————————————

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

———————

Dimas Atilio Giron, Appellant Po Se.  Cheryl Lynne Evans, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Dimas Atilio Giron appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and his request for a certificate of appealability.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeals substantially on the reasoning of the district court.  See <u>United States v. Giron</u>, No. CR-99-32-A (E.D. Va. Mar. 23 & June 14, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>